

# NUMBER 13-16-00696-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SANDY PEREZ HERNANDEZ,                                                        **Appellant,**

**v.**

THE STATE OF TEXAS,                                                              **Appellee.**

On appeal from the 139th District Court
of Hidalgo County, Texas.

# ORDER TO FILE BRIEF

**Before Chief Justice Valdez and Justices Contreras and Benavides**
**Order Per Curiam**

This cause is before the Court on appellant's unopposed fourth motion for extension of time to file brief. The appellate record was complete on August 31, 2017, and appellant's brief was due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). Appellant filed an extension of time to file the brief which was granted until

January 2, 2018.   This Court has granted appellant an extension of time of 120 days to file the brief, and appellant now seeks an additional 90 days, until April 5, 2018, to file the brief.

The Court, having fully examined and considered appellant's motion, GRANTS IN PART and DENIES IN PART appellant's motion for extension of time to file the brief. This motion is GRANTED insofar as the Court will extend appellant's deadline to file his brief until March 5, 2018.   This motion is DENIED insofar as the Court will not allow an extension until April 5, 2018.   Further motions for extension of time will not be favorably entertained.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
17th day of January, 2018.

2